**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALBERT TASHCHIAN, | No. 1:25-cv-01289 JLT SKO (HC) |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| | (Doc. 5) |
| v. | ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE |
| WARDEN OF GOLDEN STATE ANNEX DETENTION FACILITY, et al., | [CERTIFICATE OF APPEALABILITY IS NOT REQUIRED] |
| Respondents. | |

Albert Tashchian is a federal prisoner proceeding *pro se* and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

The assigned magistrate judge issued Findings and Recommendations to summarily dismiss the petition for abuse of the writ because the petition is duplicative of another that was recently denied on the merits. (Doc. 5.) The Court served the Findings and Recommendations on Petitioner and notified him that any objections were due within 21 days. (Doc. 5.) The Court advised him that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)

1 Petitioner did not file objections, and the time to do so has passed.[1] According to 28 U.S.C. §
2 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the
3 matter, the Court concludes the Findings and Recommendations are supported by the record and
4 proper analysis.

5 In the event a notice of appeal is filed, a certificate of appealability will not be required
6 because this is not a final order in a habeas proceeding in which the detention complained of
7 arises out of process issued by a state court. *Forde v. U.S. Parole Commission*, 114 F.3d 878 (9th
8 Cir. 1997); *see Ojo v. INS*, 106 F.3d 680, 681-682 (5th Cir. 1997); *Bradshaw v. Story*, 86 F.3d
9 164, 166 (10th Cir. 1996). Based upon the foregoing, the Court **ORDERS**:

10   1.   The Findings and Recommendations issued on October 2, 2025, (Doc. 5), are
11        **ADOPTED** in full.
12   2.   The petition for writ of habeas corpus is **DISMISSED**.
13   3.   The Clerk of Court is directed to enter judgment and close the case.
14   4.   In the event a notice of appeal is filed, no certificate of appealability is required.
15   This order terminates the action in its entirety.

IT IS SO ORDERED.

Dated:   **November 14, 2025**

UNITED STATES DISTRICT JUDGE

---

[1] The Findings and Recommendations were returned as undeliverable. The Court's search of the U.S. Immigrations and Customs Enforcement Detainee Locator (https://locator.ice.gov/odls/#/results) indicates that Petitioner is no longer in ICE custody.

2